IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JOE HAND PROMOTIONS, INC.
213 W. St. Rd.
Feasterville, Pennsylvania 19053,

Plaintiff,

vs.

PINK LOUNGE PRIVATE CLUB, INC.,
d/b/a PINK LOUNGE and
d/b/a PINK LOUNGE PRIVATE
CLUB, *et al*.,

Defendants.

CIVIL NUMBER: 3:22-cv-01016-G

**ABSTRACT OF JUDGMENT**

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, in the 17th day of August, 2022, in favor of Joe Hand Promotions, Inc. against Defendants, Pink Lounge Private Club, Inc. d/b/a Pink Lounge and d/b/a Pink Lounge Private Club, Vegetius Group Inc., d/b/a Pink Lounge and d/b/a Pink Lounge Private Club, Rickey R. Booker, and Jonathan Biley-Smith in the sum of $60,000 in damages plus $4,225.00 in attorney's fees with interest at the rate of 3.28 per cent per annum from the 17th day of August, 2022.

Costs have been taxed by the Clerk of Court in the sum of $1,012.00.

Credits reflected by returns on execution in the sum of $0.00.

The address of defendant shown in this suit in which said judgment was rendered:

Defendants, Pink Lounge Private Club, Inc., d/b/a Pink Lounge and d/b/a Pink Lounge Private Club, Vegetius Group Inc., d/b/a Pink Lounge and d/b/a Pink Lounge Private Club, Rickey R. Booker, and Jonathan Biley-Smith, 221 Sandlewood Lane, Cedar Hill, Texas 75104 or nature of citation and date and place citation served:____________________________________________.

I certify that the above and forgoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this ______ day of ___________, 20_________.

KAREN MITCHELL, CLERK

By_____________________________
Deputy Clerk